UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVARIS AMPS,<br><br>       Plaintiff,<br><br>    v.<br><br>MATHON MAGSIG,<br><br>       Defendant. | Case No.: 1:23-cv-1255 JLT SAB<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 4) |

Travaris Amps initiated this action by filing a complaint on August 22, 2023. (Doc. 1.) However, Plaintiff did not pay the Court's filing fee or file a motion to proceed *in forma pauperis*. Therefore, the Court ordered Plaintiff to apply to proceed *in forma pauperis* or pay the filing fee. (Doc. 2) After Plaintiff failed to do so, the assigned magistrate judge recommended the action be dismissed for Plaintiff's failure to comply with a court order, failure to prosecute, and failure to pay the filing fee. (Doc. 4.)

On September 20, 2023, the Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 4 at 4.) The Court also informed him that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) No objections were filed, and the deadline to do so expired.

Pursuant to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d

1

452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case. Having carefully reviewed the matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations dated September 20, 2023 (Doc. 4) are adopted in full.
2. Plaintiff's complaint is dismissed without prejudice.
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **October 16, 2023**

UNITED STATES DISTRICT JUDGE